Received at: 1:32PM, 1/30/2007

TUE/JAN/30/2007 01:34 PM                                      FILED                P. 002

07 FEB -7 PM 1:28  (SPACE BELOW FOR FILING STAMP ONLY)

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

1  **RICHARD R. LEUTHOLD**
   ATTORNEY AT LAW
2  HACIENDA CORPORATE CENTER
   12625 HIGH BLUFF DRIVE, SUITE 306
3  SAN DIEGO, CA 92130-2054
   STATE BAR NO. 52880
   TELEPHONE (858) 792-7070
4  FACSIMILE (858) 792-7306

5  Attorney for **James Jackson and Valerie Adams**

6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 GERBER LIFE INSURANCE           ) CASE NO. 05 CV 1243 BEN (CAB)
   COMPANY                         )
12                                 ) EXPARTE APPLICATION FOR ORDER
              Plaintiff,           ) DISBURSING PROCEEDS THAT
13                                 ) HAVE BEEN INTERPLED TO THE
   v.                              ) COURT, MEMORANDUM OF POINTS
14                                 ) AND AUTHORITIES, AND
   VALERIE ADAMS, an individual;   ) SUPPORTING DECLARATION AND
15 EUGENE L. KIDD aka EUGENE       ) (PROPOSED) ORDER
   ORANGE, an individual; KYRELL   )
16 BARNETT, a minor; KHARI         )
   BARNETT, a minor; KWAME         )
17 JACKSON, a minor and DOES 1     )
   through 10 inclusive            )
18                                 )
              Defendants.          )
19 _____)

20                    **EX PARTE APPLICATION**

21

22        Defendants JAMES JACKSON and VALERIE ADAMS hereby apply for an

23 Order that the Court disburse the remaining proceeds on deposit with the court as

24 follows: two-thirds of the remaining proceeds to VALERIE ADAMS ("ADAMS") as

25 Guardian Ad Litem for Kyrell Barnett and Guardian Ad Litem for Khari Barnett; and

26 one third of the remaining proceeds to JAMES JACKSON ("JACKSON") as Guardian

27

28

EX PARTE APPLICATION FOR AN ORDER DISBURSING PROCEEDS THAT HAVE BEEN INTERPLED TO THE
COURT; MEMO OF P&A; SUPPORTING DECLARATION AND (PROPOSED) ORDER

1  Ad Litem for Kwame Jackson.

2      This Application is made on the grounds that ADAMS and JACKSON are the
3  Guardian Ad Litems of the beneficiaries and there is no good reason why
4  disbursement should not be made at this time.

5      This Application is based on this ExParte Application, the Declaration of
6  Richard R. Leuthold, the Memorandum of Points and Authorities filed in support of
7  ExParte Application for the Order requested herein, and the papers and records on file
8  herein, and on such oral and further documentary evidence as may be presented at the
9  ExParte hearing.

10 DATE: September 25, 2006

11 
12                         RICHARD R. LEUTHOLD
                        Attorney for James Jackson & Valerie Adams

13 
14 MEMORANDUM OF POINTS AND AUTHORITIES
15 I.
16 PRELIMINARY STATEMENT
17 
18     In July, 2003, Zeda Barnett was murdered by her boyfriend, Eugene Lewis
19 Kidd, aka Eugene Lewis Orange ("KIDD"). KIDD was convicted of First Degree
20 Murder and sentenced to 75 years to life.

21     At the time of her death, Zeda Barnett had three minor children, none of whom
22 were fathered by KIDD.

23     VALERIE ADAMS is the mother of Zeda Barnett and has been appointed
24 guardian of KYREL BARNETT. KYRELL BARNETT resides with VALERIE ADAMS.

25     JAMES JACKSON is the father of KWAMI JACKSON and they both reside in
26 ShowLow, Arizona. JAMES JACKSON was appointed Guardian Ad Litem for
27 KWAMI JACKSON by this court.

28 

---

EX PARTE APPLICATION FOR AN ORDER DISBURSING PROCEEDS THAT HAVE BEEN INTERPLED TO THE COURT; MEMO OF P&A; SUPPORTING DECLARATION AND (PROPOSED) ORDER

1. VALERIE ADAMS was appointed Guardian Ad Litem of KHARI BARNETT, who resides with his father, Willie J. Tate, in San Diego, California.

2. The decedent, Zeda Barnett, was not married at the time of her death and had no other children and died in testate.

3. Gerber Life insured the life of Zeda Barnett with a $25,000 policy. Gerber Life has filed an ExParte Application to be discharged and dismissed from the litigation. Gerber Life has deposited the policy plus accrued interest, totaling $26,411.64 with the court. Gerber Life's Motion for Summary Judgment was granted and it is believed that $5,000 of the funds interpled with the court have been paid over to Gerber Life and they are discharged as stakeholder.

4. Attorney Richard R. Leuthold has been paid $4,000 as and for attorneys fees and costs and has no further claim against the funds that have been interpled to the court.

5. Gerber Life deposited the insurance proceeds plus interest totaling $26,411.46 with the court and disbursement has been made to Gerber Life of $5,000 and attorney Richard Leuthold of $4,000. The remaining proceeds are $17,411.64 and should be disbursed as follows:

Valerie Adams, Guardian Ad Litem for Kyrell Barnett . . . . $5,803.88
Valerie Admas, Guardian Ad Litem for Khari Barnett . . . . $5,803.88
James Jackson, Guardian Ad Litem for Kwame Jackson . . . $5,803.88
                                                    TOTAL:   $17,411.64

Therefore, it is requested that the court order direct payment of the remaining proceeds plus interest to the Guardian Ad Litems as stated herein.

II.

POINTS AND AUTHORITIES

Defendants ADAMS and JACKSON Motion for Summary Judgment was granted by the court on September 19, 2006. The court's order was that the insurance

---

EX PARTE APPLICATION FOR AN ORDER DISBURSING PROCEEDS THAT HAVE BEEN INTERPLED TO THE COURT; MEMO OF P&A; SUPPORTING DECLARATION AND (PROPOSED) ORDER

proceeds plus interest held in the court's registry should be paid over to the Guardian Ad Litems and held for the benefit of Khari Barnett, Kyrel Barnett and Kwame Jackson. The remaining funds should be divided equally among these beneficiaries.

### III.

### CONCLUSION

For the reasons stated, the Court should authorize disbursement to the Guardians Ad Litem as follows:

| | |
|---|---|
| Valerie Adams, Guardian Ad Litem for Kyrell Barnett.... | $5,803.88 |
| Valerie Admas, Guardian Ad Litem for Khari Barnett.... | $5,803.88 |
| James Jackson, Guardian Ad Litem for Kwame Jackson... | $5,803.88 |
| TOTAL: | $17,411.64 |

DATE: January 25, 2007

_____
RICHARD R. LEUTHOLD
Attorney for defendants
James Jackson and Valerie Adams

### DECLARATION

I, RICHARD R. LEUTHOLD, declare as follows:

1. That I am an attorney at law duly admitted and licensed to practice law before all courts in the State of California, and attorney of record for defendants JAMES JACKSON and VALERIE ADAMS.

2. That I have personal knowledge of the matters stated in the Preliminary Statement, and if called as a witness, I would testify competently as to the facts stated therein.

---

EX PARTE APPLICATION FOR AN ORDER DISBURSING PROCEEDS THAT HAVE BEEN INTERPLED TO THE COURT; MEMO OF P&A; SUPPORTING DECLARATION AND (PROPOSED) ORDER

1
2          I declare under penalty of perjury under the laws of the State of California, that
3   the foregoing is true and correct and that this declaration was executed on January
4   25, 2007 at San Diego, California.

                                                   *[signature]*
                                                   RICHARD R. LEUTHOLD

---

EX PARTE APPLICATION FOR AN ORDER DISBURSING PROCEEDS THAT HAVE BEEN INTERPLED TO THE COURT; MEMO OF P&A; SUPPORTING DECLARATION AND (PROPOSED) ORDER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERBER LIFE INSURANCE COMPANY | CASE NO. 05 CV 1243 BEN (CAB) |
| Plaintiff, | (~~PROPOSED~~) ORDER |
| v. | |
| VALERIE ADAMS, an individual; EUGENE L. KIDD aka EUGENE ORANGE, an individual; KYRELL BARNETT, a minor; KHARI BARNETT, a minor; KWAME JACKSON, a minor and DOES 1 through 10 inclusive | |
| Defendants. | |

ExParte Application having been made by Defendants JAMES JACKSON AND VALERIE ADAMS and good cause appearing, it is hereby ordered as follows:

    1.    That the clerk shall issue payment out of the interpleaded funds of the sum of $5,083.88 to Valerie Adams, Guardian Ad Litem for Kyrell Barnett. The check shall be made payable to , Valerie Adams, Guardian Ad Litem for Kyrell Barnett and mailed to him at the following address: Valerie Adams 1126 Corral Glen, Escondido, California 92026.

---

EX PARTE APPLICATION FOR AN ORDER DISBURSING PROCEEDS THAT HAVE BEEN INTERPLED TO THE COURT; MEMO OF P&A; SUPPORTING DECLARATION AND (PROPOSED) ORDER

|   |   |
|---|---|
| 1 | 2. That the clerk shall issue payment out of the interpleaded funds of the sum of $5,083.88 to Valerie Adams, Guardian Ad Litem for Khari Barnett. The check shall be made payable to, Valerie Adams, Guardian Ad Litem for Khari Barnett and mailed to him at the following address: Valerie Adams 1126 Corral Glen, Escondido, California 92026. |

3. That the clerk shall issue payment out of the interpleaded funds of the sum of $5,083.88 to James Jackson, Guardian Ad Litem for Kwame Jackson. The check shall be made payable to, James Jackson Guardian Ad Litem for Khari Barnett and mailed to him at the following address: James Jackson, PO Box 3249, Show Low, Arizona, 85902.

DATE: 2/06/07

UNITED STATES DISTRICT COURT JUDGE

---

EX PARTE APPLICATION FOR AN ORDER DISBURSING PROCEEDS THAT HAVE BEEN INTERPLED TO THE COURT; MEMO OF P&A; SUPPORTING DECLARATION AND (PROPOSED) ORDER