(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERBER LIFE INSURANCE COMPANY<br><br>  Plaintiff,<br><br>v.<br><br>VALERIE ADAMS, an individual; EUGENE L. KIDD aka EUGENE ORANGE, an individual; KYRELL BARNETT, a minor; KHARI BARNETT, a minor; KWAME JACKSON, a minor and DOES 1 through 10 inclusive<br><br>  Defendants. | CASE NO. 05 CV 1243 BEN (CAB)<br><br>AMENDED ORDER FOR DISTRIBUTION OF FUNDS INTERPLED TO THE COURT INCLUDING ACCRUED INTEREST |

ExParte Application having been made by Defendant JAMES JACKSON and VALELRIE ADAMS and good cause appearing, it is hereby ordered as follows:

1. That the clerk shall issue payment out of the interpleaded funds of the sum of $7,470.54 to Valerie Adams, Guardian Ad Litem for Kyrell Barnett. The check shall be made payable to Valerie Adams, Guardian Ad Litem for Kyrell Barnett and mailed to him at the following address: Valerie Adams, 975 Woodland Parkway #206, San Marcos, CA 92069.

2. That the clerk shall issue payment out of the interpleaded funds of the sum

---

AMENDED ORDER FOR DISTRIBUTION OF FUNDS INTERPLED TO THE COURT INCLUDING ACCRUED INTEREST

of $7,470.55 to Valerie Adams, Guardian Ad Litem for Khari Barnett. The check shall be made payable to Valerie Adams, Guardian Ad Litem for Khari Barnett and mailed to him at the following address: Valerie Adams, 975 Woodland Parkway #206, San Marcos, CA 92069.

3. That the clerk shall issue payment out of the interpleaded funds of the sum of $7,470.55 to James Jackson, Guardian Ad Litem for Kwame Jackson. The check shall be made payable to James Jackson, Guardian Ad Litem for Kwame Jackson and mailed to him at the following address: James Jackson, PO Box 3249, Show Low, Arizona, 85902.

4. That any additional accrued interest shall be divided equally between the three parties.

DATED: March 5, 2007

_____
Hon. Roger T. Benitez
United States District Judge