(SPACE BELOW FOR FILING STAMP ONLY)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERBER LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>VALERIE ADAMS, an individual; EUGENE L. KIDD aka EUGENE ORANGE, an individual; KYRELL BARNETT, a minor; KHARI BARNETT, a minor; KWAME JACKSON, a minor and DOES 1 through 10 inclusive<br><br>    Defendants. | CASE NO. 05 CV 1243 BEN (CAB)<br><br>SECOND AMENDED ORDER FOR DISTRIBUTION OF FUNDS INTERPLED TO THE COURT INCLUDING ACCRUED INTEREST<br>[Dkt. No. 57] |

ExParte Application having been made by Defendant JAMES JACKSON and VALELRIE ADAMS and good cause appearing, it is hereby ordered as follows:

1. That the clerk shall issue payment out of the interpleaded funds of the sum of $5,000 to Gerber Life Insurance. The check will be made payable to Gerber Life Insurance Company, c/o Galton & Helm, LLP 500 South Grand Avenue, Suite 200, Los Angeles, CA 90071.

2. That the clerk shall issue payment out of the interpleaded funds of the sum of $5,803.87 to Valerie Adams, Guardian Ad Litem for Kyrell Barnett. The check shall be

---

SECOND AMENDED ORDER FOR DISTRIBUTION OF FUNDS INTERPLED TO THE COURT
 INCLUDING ACCRUED INTEREST

1 | made payable to Valerie Adams, Guardian Ad Litem for Kyrell Barnett and mailed to
2 | him at the following address: Valerie Adams, 975 Woodland Parkway #206, San Marcos,
3 | CA 92069.

4 |     3.     That the clerk shall issue payment out of the interpleaded funds of the sum
5 | of $5,803.88 to Valerie Adams, Guardian Ad Litem for Khari Barnett. The check shall be
6 | made payable to Valerie Adams, Guardian Ad Litem for Khari Barnett and mailed to
7 | him at the following address: Valerie Adams, 975 Woodland Parkway #206, San Marcos,
8 | CA 92069.

9 |     4.     That the clerk shall issue payment out of the interpleaded funds of the sum
10 | of $5,803.88 to James Jackson, Guardian Ad Litem for Kwame Jackson. The check shall
11 | be made payable to James Jackson, Guardian Ad Litem for Kwame Jackson and mailed
12 | to him at the following address:   James Jackson, PO Box 3249, Show Low, Arizona,
13 | 85902.

14 |     5.     That any additional accrued interest shall be divided equally between the
15 | three parties.

DATED: May 7, 2007

_____
Hon. Roger T. Benitez
United States District Judge

---

SECOND AMENDED ORDER FOR DISTRIBUTION OF FUNDS INTERPLED TO THE COURT
INCLUDING ACCRUED INTEREST