AO 450 Judgment in a Civil Case

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Gerber Life Insurance Company

V.

Valerie Adams, Et al

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   05cv1243 BEN(CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Gerber is discharged as the stake holder. The Guardians ad litem are authorized to pay $5000.00 to Gerber for its attorney's fees and costs..................................................................................................

| May 31, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ J. Hathaway |
| | (By) Deputy Clerk |
| | ENTERED ON May 31, 2007 |

05cv1243 BEN(CAB)